# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BAYKEEPER

        Plaintiff(s),

CASE NO. CV-08-0895 CW

        v.

CITY OF BURLINGAME, VEOLIA
WATER NORTH AMERICA

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

        Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process

✓      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 17, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Daniel Cooper | Plaintiff | (415) 440-6520 | daniel@lawyersforcleanwater.com |
| Brian Gaffney | Plaintiff | (415) 442-0711 | brian@gaffneylegal.com |
| Kenton Alm | Defendant | (510) 808-2000 | kalm@meyersnave.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: June 11, 2008

Daniel Cooper
Attorney for Plaintiff

Dated: June 11, 2008

Kenton Alm
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."