Paul P. "Skip" Spaulding, III (State Bar No. 83922)
  (sspaulding@fbm.com)
Ruth Ann Castro (State Bar No. 209448)
  (rcastro@fbm.com)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
VEOLIA WATER NORTH AMERICA
OPERATING SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BURLINGAME, a municipal corporation; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, a limited liability corporation,<br><br>　　　　　Defendants. | Case No. CV-08-895 CW<br><br>**DEFENDANT VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16 AND F.R.C.P. 7.1)** |

　　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

　　　　1.　　　Veolia Environnement S.A. (Ultimate Parent of Nos. 2-9)

　　　　2.　　　Veolia Eau-CGE (Parent of No. 3 and Indirect Parent of No. 5)

　　　　3.　　　Veolia Water S.A. (Parent of No. 5)

　　　　4.　　　Veolia Water Solutions & Technologies S.A. (Parent of No. 5)

    5.    Veolia Environnement North America Operations, Inc. (Parent of No. 6)

    6.    WASCO LLC (Parent of No. 7)

    7.    Veolia Water America, LLC (Parent of Veolia Water North America Operating Services, LLC)

    8.    Veolia Water North America-West, LLC (Parent of No. 9)

    9.    Veolia West Operating Services, Inc. (Burlingame WWTP Operator)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Veolia Water North America Operating Services, LLC makes the following disclosures:

    1.    Veolia Water North America Operating Services, LLC's parent corporations are Nos. 1 through 7, above.

    2.    Veolia Environnement S.A. is the only publicly held corporation that owns 10% or more of Veolia Water North America Operating Services, LLC.

Dated: June 27, 2008                      FARELLA BRAUN & MARTEL LLP

                                            By:    /s/ Ruth Ann Castro
                                                      Ruth Ann Castro

Attorneys for Defendant
VEOLIA WATER NORTH AMERICA
OPERATING SERVICES, LLC