1  Paul P. "Skip" Spaulding, III (State Bar No. 83922)
       (sspaulding@fbm.com)
2  Ruth Ann Castro (State Bar No. 209448)
       (rcastro@fbm.com)
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA 94104
   Telephone: (415) 954-4400
5  Facsimile: (415) 954-4480

6  Attorneys for Defendant
   VEOLIA WATER NORTH AMERICA
7  OPERATING SERVICES, LLC

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  SAN FRANCISCO BAYKEEPER, a non-profit corporation,  |  Case No. CV-08-895 CW

13                      Plaintiff,                       |  **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT (Local Rule 6.1(a))**

14         v.

15  CITY OF BURLINGAME, a municipal corporation; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, a limited liability corporation,

18                      Defendants.

19

20      IT IS HEREBY STIPULATED, by and between Plaintiff San Francisco Baykeeper

21  ("Plaintiff") and Defendant Veolia Water North America Operating Services, LLC ("Veolia") as

22  follows:

23      WHEREAS, Veolia was served with Plaintiff's Complaint in this matter on June 12,

24  2008;

25      WHEREAS, Plaintiff and all defendants have engaged in settlement discussions and an

26  informal exchange of information prior to and following service of the Complaint, those

27  settlement discussions and information exchanges are continuing, and substantial progress toward

28  settlement has been achieved;

STIP. EXT. TIME TO ANSWER OR RESPOND TO
COMPLT - Case No. CV-08-0895 CW                    - 1 -                              23032\1621457.1

1     WHEREAS, Plaintiff and Veolia want to focus their efforts on settlement discussions and avoid any expenditure of funds or time investment on unnecessary litigation activities; and

    WHEREAS, Plaintiff and Veolia agree that an extension of time for Veolia to answer or otherwise respond to the Complaint will facilitate these settlement efforts.

    THEREFORE, Plaintiff and Veolia hereby stipulate and agree that Veolia shall have an extension of time until August 29, 2008 to answer or otherwise respond to the Complaint.

    SO STIPULATED.

Dated: July 1, 2008                              FARELLA BRAUN & MARTEL LLP

By:    /s/
      Ruth Ann Castro

Attorneys for Defendant
VEOLIA WATER NORTH AMERICA
OPERATING SERVICES, LLC

Dated: July 1, 2008                              LAWYERS FOR CLEAN WATER, INC.

By:    /s/
      Daniel Cooper

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

    I, Ruth Ann Castro, declare that I have obtained concurrence from each of the above signatories in the filing of this document.