1  Kenton L. Alm (SBN: 59017)
   kalm@meyersnave.com
2  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
3  Oakland, California 94607
   Telephone: (510) 808-2000
4  Facsimile: (510) 444-1108

5  Attorneys for DEFENDANT CITY OF
   BURLINGAME

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BURLINGAME, a municipal corporation; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, a limited liability corporation,<br><br>Defendants. | CASE NO. C 08-00895 CW<br><br>**STIPULATION GRANTING EXTENSION OF TIME FOR CITY OF BURLINGAME TO ANSWER COMPLAINT** |

IT IS HEREBY STIPULATED, by and between Plaintiff San Francisco Baykeeper ("Plaintiff") and Defendant City of Burlingame ("the City") as follows:

WHEREAS, the City was served with Plaintiff's Complaint in this matter on or about June 11, 2008;

WHEREAS, Plaintiff and all defendants have engaged in settlement discussions and an informal exchange of information prior to and following service of the Complaint, those settlement discussions and information exchanges are continuing, and substantial progress toward settlement has been achieved;

WHEREAS, Plaintiff and the City want to focus their efforts on settlement discussions and avoid any expenditure of funds or time investment on unnecessary litigation activities; and

1  WHEREAS, Plaintiff and the City agree to an extension of time for the City to answer or
2 otherwise respond to the Complaint will facilitate these settlement efforts.
3  THEREFORE, Plaintiff and the City hereby stipulate and agree the City shall have an
4 extension of time until August 29, 2008 to answer or otherwise respond to the Complaint.
5  SO STIPULATED.

6 DATED: July 1, 2008          MEYERS, NAVE, RIBACK, SILVER & WILSON

8                              By:        /s/ Kenton L. Alm
9                                  Kenton L. Alm
                                   Attorneys for DEFENDANT, CITY OF
10                                 BURLINGAME

11 DATED: July 1, 2008          LAWYERS FOR CLEAN WATER

14                              By:        /s/ Daniel Cooper
                                   Daniel Cooper
15                                 Attorneys for PLAINTIFF, SAN FRANCISCO
                                   BAYKEEPER

16 IT IS SO ORDERED:

17 DATED: _____
                                By: _____
18                                  US NORTHERN DISTRICT COURT JUDGE

20 1116297.1