Kenton L. Alm (SBN: 59017)
kalm@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for DEFENDANT CITY OF
BURLINGAME

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF BURLINGAME, a municipal corporation; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, a limited liability corporation,<br><br>        Defendants. | CASE NO. C 08-00895 CW<br><br>**ORDER GRANTING STIPULATION GRANTING EXTENSION OF TIME FOR CITY OF BURLINGAME TO ANSWER COMPLAINT** |

IT IS HEREBY STIPULATED, by and between Plaintiff San Francisco Baykeeper ("Plaintiff") and Defendant City of Burlingame ("the City") as follows:

WHEREAS, the City was served with Plaintiff's Complaint in this matter on or about June 11, 2008;

WHEREAS, Plaintiff and all defendants have engaged in settlement discussions and an informal exchange of information prior to and following service of the Complaint, those settlement discussions and information exchanges are continuing, and substantial progress toward settlement has been achieved;

WHEREAS, Plaintiff and the City want to focus their efforts on settlement discussions and avoid any expenditure of funds or time investment on unnecessary litigation activities; and

1    WHEREAS, Plaintiff and the City agree to an extension of time for the City to answer or

2  otherwise respond to the Complaint will facilitate these settlement efforts.

3    THEREFORE, Plaintiff and the City hereby stipulate and agree the City shall have an

4  extension of time until August 29, 2008 to answer or otherwise respond to the Complaint.

5    SO STIPULATED.

6  DATED: July 1, 2008                    MEYERS, NAVE, RIBACK, SILVER & WILSON

7

8                                         By: _____/s/ Kenton L. Alm_____

9                                              Kenton L. Alm
                                              Attorneys for DEFENDANT, CITY OF
10                                             BURLINGAME

11  DATED: July 1, 2008                   LAWYERS FOR CLEAN WATER

12

13                                        By: _____/s/ Daniel Cooper_____

14                                             Daniel Cooper
                                              Attorneys for PLAINTIFF, SAN FRANCISCO
15                                             BAYKEEPER

16  IT IS SO ORDERED:

17         7/2/08
   DATED: _____

18                                        By: _____

19                                             US NORTHERN DISTRICT COURT JUDGE

20

21  1116297.1

22

23

24

25

26

27

28

STIPULATION GRANTING EXTENSION OF TIME FOR CITY OF BURLINGAME TO ANSWER COMPLAINT