1  Paul P. "Skip" Spaulding, III (State Bar No. 83922)
       (sspaulding@fbm.com)
2  Ruth Ann Castro (State Bar No. 209448)
       (rcastro@fbm.com)
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Defendant
   VEOLIA WATER NORTH AMERICA
7  OPERATING SERVICES, LLC

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11 | SAN FRANCISCO BAYKEEPER, a non-profit corporation, | Case No. CV-08-895 CW |
12 | Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC** |
13 | v. | |
14 | CITY OF BURLINGAME, a municipal corporation; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, a limited liability corporation, | |
15 | | |
16 | | |
17 | Defendants. | |

18

19  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20       PLEASE TAKE NOTICE that the law firm of Farella Braun + Martel LLP is counsel of

21  record for Defendant Veolia Water North America Operating Services, LLC in the above-

22  captioned matter.  Paul P. "Skip" Spaulding, III and Ruth Ann Castro have been and will be

23  appearing on behalf of Veolia Water North America Operating Services, LLC and hereby request

24  that all notices given or required to be given, and all papers filed or served or required to be

25  served in the above-captioned matter be provided to and served upon:

26

27

28

NOTICE OF APPEARANCE OF COUNSEL
Case No. CV-08-0895 CW                      - 1 -                           23032\1626704.1

| | |
|---|---|
| 1 | Paul P. "Skip" Spaulding, III |
| | sspaulding@fbm.com |
| 2 | Ruth Ann Castro |
| | rcastro@fbm.com |
| 3 | Farella Braun + Martel LLP |
| | 235 Montgomery Street, 17th Floor |
| 4 | San Francisco, CA  94104 |
| | Telephone:    (415) 954-4400 |
| 5 | Facsimile:     (415) 954-4480 |

6

7   Dated: July 3, 2008                                  FARELLA BRAUN + MARTEL LLP

8

9                                                                   By: _____/s/_____
                                                                        Paul P. "Skip" Spaulding, III
10
                                                                    Attorneys for Defendant
11                                                                  VEOLIA WATER NORTH AMERICA
                                                                    OPERATING SERVICES, LLC
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF COUNSEL
Case No. CV-08-0895 CW                    - 2 -                                         23032\1626704.1