Paul P. "Skip" Spaulding, III (State Bar No. 83922)
   (sspaulding@fbm.com)
Ruth Ann Castro (State Bar No. 209448)
   (rcastro@fbm.com)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
VEOLIA WATER NORTH AMERICA
OPERATING SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO BAYKEEPER, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BURLINGAME, a municipal corporation; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, a limited liability corporation,<br><br>Defendants. | Case No. CV-08-895 CW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND DISCOVERY DEADLINES** |

**STIPULATION**

    IT IS HEREBY STIPULATED, by and among Plaintiff San Francisco Baykeeper ("Plaintiff"), Defendant City of Burlingame ("City"), and Defendant Veolia Water North America Operating Services, LLC ("Veolia") (collectively the "Parties") as follows:

    WHEREAS, the Parties have reached a complete settlement, as documented in the Notice of Tentative Settlement and proposed Consent Decree filed with the Court on August 20, 2008;

    WHEREAS, as required by the federal Clean Water Act, counsel for Plaintiff has sent the proposed Consent Decree to the U.S. Environmental Protection Agency and the U.S. Department of Justice for the mandatory 45-day review period;

Stipulation and [Proposed] Order Extending Time
to Respond to Complaint and Discovery Deadlines    - 1 -
Case No. CV-08-0895 CW

23032\1702062.2

1  WHEREAS, once the statutory review period is complete, the Parties will request that the
2  Court enter the Consent Decree;

3  WHEREAS, since this settlement has been reached, the Parties seek to avoid unnecessary
4  litigation time and expense for both the Parties and the Court; and

5  WHEREAS, the Parties have agreed to request that the Court extend each of the
6  immediate upcoming litigation milestones and deadlines for a 60-day period to allow for
7  completion of the statutory notice period and the Court's subsequent review of the proposed
8  Consent Decree.

9  THEREFORE, subject to the approval of the Court, the Parties hereby stipulate and agree
10  as follows:

11  1.  Defendants City and Veolia shall have a further extension of time until October
12  31, 2008 to answer or otherwise respond to the Complaint in this case; and

13  2.  The following discovery deadlines shall each be extended for sixty days as
14  indicated herein:

| Discovery Event | Current Deadline | Extended Deadline |
|---|---|---|
| Completion of Fact Discovery | October 31, 2008 | December 30, 2008 |
| Disclosure of identities of expert witnesses | November 14, 2008 | January 13, 2009 |
| Disclosure of reports of expert witnesses | December 12, 2008 | February 10, 2009 |
| Rebuttal Reports | January 23, 2009 | March 24, 2009 |
| Completion of Expert Discovery | March 27, 2009 | May 26, 2009 |

20  IT IS SO STIPULATED.

21  Dated:  August 25, 2008                    LAWYERS FOR CLEAN WATER

23                                             By:     /s/ Daniel Cooper
                                                   Daniel Cooper
24                                             Attorneys for Plaintiff
                                               SAN FRANCISCO BAYKEEPER

Dated: August 25, 2008

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Kenton L. Alm
   Kenton L. Alm

Attorneys for Defendant
CITY OF BURLINGAME

Dated: August 25, 2008

FARELLA BRAUN + MARTEL LLP

By: /s/ Ruth Ann Castro
   Ruth Ann Castro

Attorneys for Defendant
VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC

## ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

1. The time for Defendants City of Burlingame and Veolia Water North America Operating Services, LLC to respond to Plaintiff's Complaint is extended to October 31, 2008; and

2. The following discovery deadlines are hereby extended as follows:

| | |
|---|---|
| Completion of Fact Discovery | December 30, 2008 |
| Disclosure of identities of expert witnesses | January 13, 2009 |
| Disclosure of reports of expert witnesses | February 10, 2009 |
| Rebuttal Reports | March 24, 2009 |
| Completion of Expert Discovery | May 26, 2009 |

DATED: _____

Claudia Wilken
United States District Judge