1   Paul P. "Skip" Spaulding, III (State Bar No. 83922)
        (sspaulding@fbm.com)
2   Ruth Ann Castro (State Bar No. 209448)
        (rcastro@fbm.com)
3   Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
4   San Francisco, CA  94104
    Telephone:  (415) 954-4400
5   Facsimile:  (415) 954-4480

6   Attorneys for Defendant
    VEOLIA WATER NORTH AMERICA
7   OPERATING SERVICES, LLC

8                   UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11  SAN FRANCISCO BAYKEEPER, a non-          Case No. CV-08-895 CW
    profit corporation,
12                                           **STIPULATION AND ORDER
                        Plaintiff,           EXTENDING TIME TO RESPOND TO
13                                           COMPLAINT AND <u>DISCOVERY
                v.                           DEADLINES</u>**
14
    CITY OF BURLINGAME, a municipal
15  corporation; VEOLIA WATER NORTH
    AMERICA OPERATING SERVICES, a
16  limited liability corporation,

17                      Defendants.

18
                          <u>**STIPULATION**</u>
19

20          IT IS HEREBY STIPULATED, by and among Plaintiff San Francisco Baykeeper

21  ("Plaintiff"), Defendant City of Burlingame ("City"), and Defendant Veolia Water North America

22  Operating Services, LLC ("Veolia") (collectively the "Parties") as follows:

23          WHEREAS, the Parties have reached a complete settlement, as documented in the Notice

24  of Tentative Settlement and proposed Consent Decree filed with the Court on August 20, 2008;

25          WHEREAS, as required by the federal Clean Water Act, counsel for Plaintiff has sent the

26  proposed Consent Decree to the U.S. Environmental Protection Agency and the U.S. Department

27  of Justice for the mandatory 45-day review period;

28

1   WHEREAS, once the statutory review period is complete, the Parties will request that the

2   Court enter the Consent Decree;

3   WHEREAS, since this settlement has been reached, the Parties seek to avoid unnecessary

4   litigation time and expense for both the Parties and the Court; and

5   WHEREAS, the Parties have agreed to request that the Court extend each of the

6   immediate upcoming litigation milestones and deadlines for a 60-day period to allow for

7   completion of the statutory notice period and the Court's subsequent review of the proposed

8   Consent Decree.

9   THEREFORE, subject to the approval of the Court, the Parties hereby stipulate and agree

10  as follows:

11  1.    Defendants City and Veolia shall have a further extension of time until October

12  31, 2008 to answer or otherwise respond to the Complaint in this case; and

13  2.    The following discovery deadlines shall each be extended for sixty days as

14  indicated herein:

15
| Discovery Event | Current Deadline | Extended Deadline |
| --- | --- | --- |
| Completion of Fact Discovery | October 31, 2008 | December 30, 2008 |
| Disclosure of identities of expert witnesses | November 14, 2008 | January 13, 2009 |
| Disclosure of reports of expert witnesses | December 12, 2008 | February 10, 2009 |
| Rebuttal Reports | January 23, 2009 | March 24, 2009 |
| Completion of Expert Discovery | March 27, 2009 | May 26, 2009 |

20  IT IS SO STIPULATED.

21  Dated:  August 25, 2008                     LAWYERS FOR CLEAN WATER

22

23                                              By:_____/s/ Daniel Cooper_____
                                                       Daniel Cooper
24                                              Attorneys for Plaintiff
                                                SAN FRANCISCO BAYKEEPER
25

26

27

28

Dated:  August 25, 2008

MEYERS, NAVE, RIBACK, SILVER & WILSON

By:_____/s/ Kenton L. Alm_____
        Kenton L. Alm
Attorneys for Defendant
CITY OF BURLINGAME

Dated:  August 25, 2008

FARELLA BRAUN + MARTEL LLP

By:_____/s/ Ruth Ann Castro_____
        Ruth Ann Castro
Attorneys for Defendant
VEOLIA WATER NORTH AMERICA
OPERATING SERVICES, LLC

## <u>ORDER</u>

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that:

1.      The time for Defendants City of Burlingame and Veolia Water North America

Operating Services, LLC to respond to Plaintiff's Complaint is extended to October 31, 2008; and

2.      The following discovery deadlines are hereby extended as follows:


| | |
|---|---|
| Completion of Fact Discovery | December 30, 2008 |
| Disclosure of identities of expert witnesses | January 13, 2009 |
| Disclosure of reports of expert witnesses | February 10, 2009 |
| Rebuttal Reports | March 24, 2009 |
| Completion of Expert Discovery | May 26, 2009 |


DATED:      8/29/08

_____
Claudia Wilken
United States District Judge